IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ADRIAN BERBER, on behalf of himself and all others similarly situated, § § § | |
| Plaintiff, § § § | |
| v. § | CA No. 5:14-cv-143-D |
| § | |
| HUTCHISON TREE SERVICE, NORTHSTART ENERGY SERVICES, INC. and PIEDMONT NATURAL GAS, INC., CRAIG HUTCHINSON, § § § § § § | |
| Defendants. § § | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Adrian Berber, on behalf of himself and all others similarly situated.

Date: April 9, 2015

/s/ *J. Derek Braziel*
**J. DEREK BRAZIEL**
State Bar No. 00793380
**LEE & BRAZIEL, L.L.P.**
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelawyer.com

/s/ *Gilda A. Hernandez*
**GILDA A. HERNANDEZ, NCSB #36812**
*Attorney in Charge*
315 S. Salem Street, Suite 310
Apex, NC 27502

NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL                              Page - 1

ghernandez@gildahernandezlaw.com  
Tel: (919) 741-8693  
Fax: (919) 869-1853

**ATTORNEYS FOR PLAINTIFF**