IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ADRIAN BERBER, on behalf of himself and all others similarly situated,<br>    *Plaintiff*,<br><br>v.<br><br>HUTCHISON TREE SERVICE,<br>NORTHSTAR ENERGY SERVICES, INC.<br>and PIEDMONT NATURAL GAS, INC.,<br>AND CRAIG HUTCHINSON,<br>    *Defendants* | CA No. 5:15-CV-143-D<br><br>**NOTICE OF FILING OF CONSENT TO JOIN SUIT AS PARTY PLAINTIFF** |

## NOTICE OF CHANGE OF ADDRESS AND PHONE NUMBERS

PLEASE TAKE NOTICE that effective May 1, 2016, The Law Offices of Gilda A. Hernandez, PLLC have changed its address:

**The Law Offices of Gilda A. Hernandez, PLLC**
**1020 Southhill Drive, Suite 130**
**Cary, NC 27513**
**Tel. 1: (919) 741-8693;**
**Tel. 2: (919) 694-5445;**
**Tel. 3: (919) 694-5443;**
**Fax: (919) 869-1853**

Respectfully submitted, this 29th day of April, 2016.

                                          By: */s/ Gilda Adriana Hernandez*
                                          Gilda A. Hernandez (NCSB No. 36812)
                                          THE LAW OFFICES OF GILDA A.
                                          HERNANDEZ, PLLC
                                          1020 Southhill Drive, Suite 130
                                          Cary, NC 27513

Tel. 1:   (919) 741-8693
Tel. 2: (919) 694-5445;
Tel. 3: (919) 694-5443
Fax:  (919) 869-1853
ghernandez@gildahernandezlaw.com

J. Derek Braziel
Texas Bar No. 00793380
Lee & Braziel, LLP
1801 N. Lamar St. Suite 325
Dallas, TX 75202
Phone: 214-749-1400
Fax: 214-749-1010
jdbraziel@l-b-law.com

**ATTORNEY FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2016, I electronically filed the foregoing true and accurate copy of **NOTICE OF CHANGE OF ADDRESS AND PHONE NUMBERS** with the Court using the CM/ECF system, and I hereby certify that I have thereby electronically served the document to the following:

*/s/ Bob Boston*
Bob Boston
Andy Naylor
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union St., Ste 2700
Nashville, TN 37219

Christopher A. Page
YOUNG MOORE AND HENDERSON, P.A.
3101 Glenwood Ave., Ste 200
Raleigh, NC 27612

Robert G. Lian, Jr.
John Koerner
AKIN GUMP STRAUSS HAUER & FELP, L.L.P.
1333 New Hampshire Ave., N.W.
Washington, DC 20036-1564

Kristine M. Sims
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 N. Cherry Street, Suite 300
Winston-Salem, NC 27101

William A. Blue, Jr.
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
401 Commerce Street, Suite 1010
Nashville, TN 37219

By: */s/ Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
THE LAW OFFICES OF GILDA A.

HERNANDEZ, PLLC
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel. 1:   (919) 741-8693
Tel. 2: (919) 694-5445;
Tel. 3: (919) 694-5443
Fax:  (919) 869-1853
ghernandez@gildahernandezlaw.com

J. Derek Braziel
Texas Bar No. 00793380
Lee & Braziel, LLP
1801 N. Lamar St. Suite 325
Dallas, TX 75202
Phone: 214-749-1400
Fax: 214-749-1010
jdbraziel@l-b-law.com

**ATTORNEY FOR PLAINTIFFS**