IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ADRIAN BERBER, on behalf of himself and all others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>HUTCHISON TREE SERVICE and CRAIG HUTCHISON,<br><br>    *Defendants.* | CA No. 5:15-CV-143-D |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

The above captioned matter came before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of Attorneys' Fees and Reimbursement of Costs and Expenses ("Unopposed Motion for Attorneys' Fees") (Dkt. No. 114). The Court has considered the representations of Plaintiff's Counsels, the pleadings, and the record, and rules as follow with respect to Plaintiff's Counsel's request for attorneys' fees and reimbursement of litigation costs and expenses:

(1) Plaintiff's Counsel are awarded attorneys' fees in the amount equal to one-third of the Maximum Gross Settlement Amount (i.e., $1,000,000.00); and

(2) Plaintiff's Counsel are awarded litigation costs and expenses in the amount of $15,000.00.

SO ORDERED. This  1  day of March 2019.

*/s/ Dever*
JAMES C. DEVER III
United States District Judge