IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ADRIAN BERBER, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>HUTCHISON TREE SERVICE and CRAIG HUTCHISON,<br><br>*Defendants*. | CA No. 5:15-CV-143-D |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SERVICE AWARDS

The above captioned matter came before the Court on Plaintiff's Unopposed Motion for Approval of Service Awards ("Motion for Service Awards") (Dkt. No. 116). The Court has considered the contribution of Named Plaintiff Adrian Berber, the pleadings, and the record, and recognizes the services he rendered on behalf of the putative class members, and rules that:

(1) A Service Award to Named Plaintiff Adrian Berber is approved in the amount of $15,000.00;

SO ORDERED. This ₁ day of March 2019.

JAMES C. DEVER III
United States District Judge