UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ADRIAN BERBER, on behalf of himself and all others similarly situated, ) ) ) Plaintiffs, ) ) ) v. ) ) HUTCHISON TREE SERVICE, NORTHSTAR ) ENERGY SERVICES, INC., PIEDMONT ) NATURAL GAS, INC., and CRAIG HUTCHISON,) ) Defendants. ) | **JUDGMENT IN A CIVIL CASE** **CASE NO. 5:15-cv-143-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSED defendants Northstar Energy Services, Inc. and Piedmont Natural Gas, Inc. on August 14, 2018.

**IT IS FURTHER ORDERED AND DECREED** that the court hereby grants plaintiff's unopposed motion for final approval and finally approves the settlement as set forth in the Parties' Stipulation and Settlement Agreement, [D.E. 113-1]. The court hereby grants Plaintiff's Motion for Attorneys' Fees and awards Class Counsel $1,000,000.00, which is one-third of the Gross Settlement Amount. The court also awards Class Counsel reimbursement of $15,000 in litigation costs or expenses in addition to fees.

**This Judgment Filed and Entered on May 29, 2019, and Copies To:**

| | |
|---|---|
| Jimmy D. Braziel | (via CM/ECF electronic notification) |
| Gilda A. Hernandez | (via CM/ECF electronic notification) |
| Michael B. Cohen | (via CM/ECF electronic notification) |
| Robert E. Boston | (via CM/ECF electronic notification) |
| Zebulon D. Anderson | (via CM/ECF electronic notification) |
| Andrew S. Naylor | (via CM/ECF electronic notification) |
| Kristine M. Sims | (via CM/ECF electronic notification) |
| Phylinda L. Ramsey | (via CM/ECF electronic notification) |
| William A. Blue | (via CM/ECF electronic notification) |
| William J. McMahon, IV | (via CM/ECF electronic notification) |

Christopher A. Page                               (via CM/ECF electronic notification)
Robert G. Lian, Jr.                               (via CM/ECF electronic notification)
Andrew R. Turnbull                                (via CM/ECF electronic notification)

DATE:                                             PETER A. MOORE, JR., CLERK
May 29, 2019                                      (By) /s/ Nicole Sellers
                                                       Deputy Clerk